Case 12-33698    Filed 12/07/12    Doc 56

1 | JULIAN BACH, ESQ., STATE BAR NO. 162421
LAW OFFICE OF JULIAN BACH
2 | 17011 Beach Blvd., Suite 300
Huntington Beach, California 92647
3 | Telephone: (714) 848-5085
Facsimile: (714) 848-5086
4
Attorneys for Debtor,
5 | 2 ANTIOCH, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re                                          ) Case No. 12-33698-D-11
                                               ) DC No. JKB-03
2 ANTIOCH, LLC,                                )
                                               ) Chapter 11
         Debtor and Debtor-In-Possession.      )
                                               ) Date:   n/a
                                               ) Time:   n/a
                                               ) Place:  Courtroom 34, Dept D
                                               )         U.S. Bankruptcy Court
                                               )         501 "I" Street, 7th Fl
                                               )         Sacramento, CA 95814

### ORDER APPROVING EMPLOYMENT OF
### PAUL E CHANDLER OF PROPERTY SCIENCES AS REAL ESTATE APPRAISER

An application to employ a real estate appraiser pursuant to 11 U.S.C. §327 has been made. Based upon the application, the record, the verified statement required by Federal Rule of Bankruptcy Procedure 2014(a), it appears that the appraiser is eligible to be employed.

**IT IS ORDERED** that the debtor is authorized to retain Paul E. Chandler of Property Sciences as its real estate broker, subject to the following reasonable terms and conditions:

1

RECEIVED
November 26, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004547233

1.     The employment is subject to the applicable terms and conditions of 11 U.S.C. §327 and §§ 329-331.

2.     While it is not anticipated that the Appraiser will be paid any funds that are from property of the estate, any final compensation paid to the Appraiser will be subject to a final fee application as deemed necessary and appropriate by the Court.

**Dated:** December 07, 2012

                                */s/ Robert S. Bardwil*
                                Robert S. Bardwil, Judge
                                United States Bankruptcy Court